**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

ANTOINETTE GREGOIRE

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Case No.:  26-14017JKS**

**HEARING DATE:  06/25/2026**

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to the Debtor's proposed plan respectfully objects as follows:

- The Trustee did not receive the required documentation in advance of the 341 meeting. Therefore, a meaningful 341could not be conducted. The case will be presented for dismissal at confirmation.
- Debtor(s) failed to meet the requirements of 521(e)(2)(A)(i), in that the debtor(s) failed to produce a copy of the most recently filed pre-petition tax return or transcript thereof.
- Debtor(s):
  - Failed to make payments to the Standing Trustee as of 5/26/2026.

WHEREFORE, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that confirmation of the Debtor's Chapter 13 plan in its present form be denied and the case be dismissed.

Dated:  May 26, 2026

By:   /S/Marie-Ann Greenberg_____
Marie-Ann Greenberg, Esquire
Chapter 13 Standing Trustee